```
MIRANDA KANE (CSBN 150630)
KANE +KIMBALL LLP
803 Hearst Avenue
Berkeley, CA 94710
Tel:(510) 704-1400
Fax: (877) 482-4749
Email: mkane@kanekimball.com
```

Attorneys for GUMARO YESCAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | No. CR-19-0343-CRB |
|---|---|
| Plaintiff, | **DEFENDANT GUMARO YESCAS'S WAIVER OF PERSONAL APPEARANCE AT HEARING ON JANUARY 15, 2020** |
| v. | |
| GUMARO YESCAS, | |
| Defendant. | |

    In accordance with Federal Rule of Criminal Procedure 43(b), defendant Gumaro Yescas hereby waives his personal appearance at the hearing in the above referenced matter scheduled for January 15, 2020.

Date: January 11, 2020                    /s/ *Miranda Kane*

                                                            MIRANDA KANE
                                                            Attorney for GUMARO YESCAS